Commonwealth v. Hoerner, Appellant.

Before Shelley, J.

Submitted December 10, 1968. *Richard D. Walker,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth v. Hosendorf, Appellant.

Before Honeyman, J.

Argued December 11, 1968. *Samuel W. Salus, II,* Public Defender, for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker* and *William T. Nicholas,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth v. Hoyt, Appellant.

Before Honeyman, J.

Submitted December 9, 1968. *Charles F. G. Smith,* for appellant; *Richard A. Devlin, Henry T. Crocker* and *William T. Nicholas,* Assistant District Attorneys, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.